# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 06, 2021

SEAN F. McAVOY, CLERK

| | |
|---|---|
| ELENA MARKHAM,<br>*Plaintiff*<br>v.<br>PROVIDENCE SACRED HEART MEDICAL CENTER, the birthing place & all employees; PROVIDENCE PSYCHIATRY SACRED HEART MEDICAL CENTER, all employees; PROVIDENCE SACRED HEART MEDICAL CENTER SECURITY AND POLICE, all employees; and SACRED HEART MEDICAL CENTER, CP&P-IV-A-9-100, CPS, DCYF & all employees,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>Civil Action No. 2:21-cv-00105-SMJ |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: This case is DISMISSED WITHOUT PREJUDICE for failure to state a claim under 28 U.S.C. § 1915(e)(2).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   SALVADOR MENDOZA, JR.

Date: 07/06/2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Mishani Jack-Gonzalez
*(By) Deputy Clerk*

Mishani Jack-Gonzalez